AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Denlow, Morton | U. S. District / ND Illinois | 11/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Full-Time - Retired | ☐ Nomination, Date ☐ Initial ☐ Annual ☑ Final  5b. ☐ Amended Report | 01/01/2012 to 09/30/2012 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2206 Orrington Avenue Evanston, IL 60201 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Executive Committee - Chair | Resolution Systems Institute |
| 2. Advisory Committee | Kellogg Dispute Resolution Center, Northwestern University |
| 3. Board of Directors | Federal Bar Assn. - Chicago Chapter |
| 4. Vice President | Jewish Judges Assn. Of Illinois |
| 5. Board of Directors | Evanston Parks Foundation |
| 6. Board of Trustees | Beth Emet Synagogue |
| 7. Board of Trustees | Chicago Bar Foundation |
| 8. Chicago Regional Cabinet | Washington University |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ACCOUNT #1: | | | | | | | | | |
| 2. Archer Daniels Midland Co. | A | Dividend | | | Sold | 08/01/12 | K | E | |
| 3. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 4. Chevron Corporation | C | Dividend | M | T | | | | | |
| 5. EQT Corp. | A | Dividend | K | T | | | | | |
| 6. Intel Corp | | None | K | T | | | | | |
| 7. Jack Henry & Associates, Inc. | B | Dividend | M | T | | | | | |
| 8. Johnson & Johnson | C | Dividend | M | T | | | | | |
| 9. Kellogg Company | A | Dividend | K | T | | | | | |
| 10. Nextera Energy Inc. | | None | J | T | Buy | 06/20/12 | J | | |
| 11. Occidental Petroleum | B | Dividend | L | T | | | | | |
| 12. PPG Industries, Inc. | A | Dividend | J | T | | | | | |
| 13. Paychex, Inc. | B | Dividend | L | T | | | | | |
| 14. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 15. Sysco Corporation | | None | K | T | | | | | |
| 16. United Technologies | A | Dividend | K | T | | | | | |
| 17. Vodaphone | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Walgreen Company | B | Dividend | L | T | | | | | |
| 19. 3M Company | A | Dividend | K | T | | | | | |
| 20. Walt Disney Company | A | Dividend | K | T | | | | | |
| 21. Nextera Energy 8.375% PFD | A | Interest | | | Redeemed | 06/12/12 | J | A | |
| 22. PPL Corporation 9.5% PPO | A | Interest | J | T | | | | | |
| 23. ACCOUNT #2: | | | | | | | | | |
| 24. AAR Corporation | | None | | | Sold | 01/09/12 | K | D | |
| 25. Berkshire Hathaway, Inc. | | None | K | T | | | | | |
| 26. Blackstone Group | | None | | | Sold | 07/26/12 | J | B | |
| 27. Boeing | A | Dividend | K | T | | | | | |
| 28. Eli Lilly & Co. | A | Dividend | K | T | | | | | |
| 29. Federal Agricultural Mortgage Corp. CL.C | A | Dividend | K | T | | | | | |
| 30. Home Depot, Inc. | B | Dividend | K | T | | | | | |
| 31. Intuit Inc. | A | Dividend | L | T | Sold (part) | 07/11/12 | J | D | |
| 32. KKR & Co. LP | | None | | | Sold | 07/26/12 | J | A | |
| 33. Lime Energy Co. | | None | J | T | | | | | |
| 34. Microchip Technology Inc. | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. NYSE Euronext | B | Dividend | K | T | | | | | |
| 36. Occidental Petroleum | B | Dividend | K | T | | | | | |
| 37. Paychex Inc. | B | Dividend | K | T | | | | | |
| 38. Powershares QQQ Trust Ser. 1 | A | Dividend | K | T | | | | | |
| 39. Robert Half Int'l, Inc. | B | Dividend | L | T | Sold (part) | 05/15/12 | J | A | |
| 40. RPM Int'l Inc. | | None | | | Sold | 08/22/12 | K | D | |
| 41. Webmedia Brands Inc. | | None | J | T | | | | | |
| 42. Barrick Gold Corp. | A | Dividend | K | T | | | | | |
| 43. Elan Corp. PLC-ADR | | None | K | T | | | | | |
| 44. Harry Winston Diamond Corp. | | None | K | T | | | | | |
| 45. Lions Gate Entertainment | | None | L | T | | | | | |
| 46. New World Fund | A | Dividend | L | T | | | | | |
| 47. Plum Creek Timber Co. | B | Dividend | K | T | | | | | |
| 48. Prime Money Mkt. kept at RBC Capital Markets Corp. | A | Interest | L | T | | | | | |
| 49. First Bank & Trust Co. | A | Interest | J | T | | | | | |
| 50. ACCOUNT #3: | | | | | | | | | |
| 51. BMO Prime Money Mkt. kept at North Star Trust f/k/a Marshall | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ace Ltd. | A | Dividend | K | T | | | | | |
| 53. Amgen Inc. | A | Dividend | K | T | Buy | 08/02/12 | J | | |
| 54. Apache Corp. | A | Dividend | | | Sold | 08/02/12 | J | | |
| 55. Apple Inc. | A | Dividend | K | T | Buy | 02/03/12 | J | | |
| 56. BHP Billiton Ltd. ADR | A | Dividend | | | Sold | 07/26/12 | J | | |
| 57. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 58. Chevron Corp. | A | Dividend | K | T | | | | | |
| 59. Cisco Systems, Inc. | A | Dividend | J | T | Sold (part) | 01/31/12 | J | | |
| 60. Conocophillips Com. | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 61. Danaher Corp. | A | Dividend | K | T | | | | | |
| 62. Express Scripts | | None | J | T | Buy | 04/04/12 | J | | |
| 63. Emerson Electric | A | Dividend | | | Sold | 05/01/12 | K | C | |
| 64. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 65. Fidelity Nat. Inf. Services | A | Dividend | K | T | | | | | |
| 66. Gabelli Div. & Inc. Tr. | A | Dividend | K | T | | | | | |
| 67. Gilead Sciences Inc. | | None | J | T | | | | | |
| 68. IBM | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. John Hancock Tax-Adv. | B | Dividend | K | T | | | | | |
| 70. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 71. Kellogg Company | A | Dividend | K | T | | | | | |
| 72. Lowes Cos. Inc. | A | Dividend | | | Sold | 07/23/12 | J | B | |
| 73. BMO Small Cap - Growth Fund | | None | J | T | | | | | |
| 74. Medco Health Solutions | | None | | | Sold | 04/04/12 | J | B | |
| 75. Monsanto Co. | A | Dividend | K | T | Buy | 07/23/12 | J | | |
| 76. Nike Inc. C1. B | | None | J | T | | | | | |
| 77. Oracle Corp. | A | Dividend | K | T | Sold (part) | 02/03/12 | J | A | |
| 78. Pfizer | A | Dividend | J | T | Buy | 07/26/12 | J | | |
| 79. Procter & Gamble | A | Dividend | K | T | | | | | |
| 80. T. Rowe Price Emerging Mkt. | A | Dividend | | | Sold | 07/23/12 | K | | |
| 81. Spdr. Ser. Tr. S&P Div. ETF | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 82. Schwab Charles Corp. | A | Dividend | | | Sold | 08/02/12 | J | | |
| 83. State of Israel Bond | B | Interest | K | T | | | | | |
| 84. State of Israel Bond | B | Interest | K | T | | | | | |
| 85. iShares S&P Small Cap. 600 | A | Dividend | | | Sold | 08/02/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Spectra Energy | A | Dividend | | | Sold | 07/30/12 | J | C | |
| 87. | Target Corp. | A | Dividend | K | T | Buy | 08/02/12 | J | | |
| 88. | TIAA-CREF Mid Cap Fund | A | Dividend | K | T | | | | | |
| 89. | Vanguard S&P 500 Index | B | Dividend | L | T | | | | | |
| 90. | United Technologies Corp. | A | Dividend | J | T | Sold (part) | 02/03/12 | J | A | |
| 91. | Walt Disney Co. | A | Dividend | J | T | Buy | 07/26/12 | J | | |
| 92. | Citigroup, Inc. Nt. 5.25% | A | Interest | | | Redeemed | 02/27/12 | K | | |
| 93. | Wal-Mart Stores | A | Interest | J | T | Buy | 07/23/12 | J | | |
| 94. | Fidelity Advisor High Inc. Fd. | A | Interest | K | T | | | | | |
| 95. | Wells Fargo & Co. | A | Interest | J | T | Buy | 07/23/12 | J | | |
| 96. | BMO Ultra Sh. Tax Free Fd. | A | Interest | J | T | Buy | 02/01/12 | J | | |
| 97. | UPS | A | Interest | | | Buy | 01/03/12 | J | | |
| 98. | UPS | A | Interest | | | Sold | 07/23/12 | J | | |
| 99. | Indiana St. Hsg. | A | Interest | J | T | Redeemed (part) | 01/03/12 | J | | |
| 100. | Merrill Lynch Note 6.05% | B | Interest | | | Redeemed | 08/15/12 | K | | |
| 101. | Little Rock Ark. Cap. Imp. | A | Interest | | | Redeemed | 04/01/12 | K | | |
| 102. | Madison Wis. Swr. Sys. Rev. | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pimco Low Duration Fund #36 | B | Interest | | | Sold | 07/23/12 | L | B | |
| 104. Proctor & Gamble Sr. Note 3.50% | A | Interest | K | T | | | | | |
| 105. Vanguard Infl. Pr. Sec. Fd | D | Interest | N | T | Buy | 07/24/12 | M | | |
| 106. Wal-Mart Stores 3.20% | A | Interest | K | T | | | | | |
| 107. ACCOUNT #4: | | | | | | | | | |
| 108. Ace Ltd. | A | Dividend | J | T | | | | | |
| 109. iShares S&P Small Cap 600 Index Fund | A | Dividend | | | Sold | 08/02/12 | J | A | |
| 110. Amgen Inc. | A | Dividend | J | T | | | | | |
| 111. Apple Inc. | | None | J | T | | | | | |
| 112. BHP Billiton Ltd. ADR | A | Dividend | | | Sold | 07/23/12 | J | D | |
| 113. Bristol Myers Squibb Co. | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 114. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 115. Chevron | A | Dividend | J | T | | | | | |
| 116. Conocophillips | A | Dividend | J | T | | | | | |
| 117. Danaher | A | Dividend | J | T | | | | | |
| 118. Emerson Electric | A | Dividend | | | Sold | 05/04/12 | J | | |
| 119. Exxon Mobil | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Freeport-McMorran Cop & G | A | Dividend | J | T | | | | | |
| 121. Goldman Sachs Group | A | Dividend | | | Sold | 07/26/12 | J | | |
| 122. IBM Corp. | A | Dividend | J | T | | | | | |
| 123. Intuit Corp. | A | Dividend | K | T | | | | | |
| 124. Jack Henry & Assoc. | A | Dividend | K | T | Sold (part) | 01/31/12 | J | C | |
| 125. Kimberly-Clark Corp. | A | Dividend | J | T | | | | | |
| 126. Kohls Corp. | A | Dividend | | | Sold | 08/02/12 | J | | |
| 127. Lowes Cos. Inc. | A | Dividend | | | Sold | 07/26/12 | J | A | |
| 128. Monsanto Co. | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 129. Nike Inc. | A | Dividend | J | T | | | | | |
| 130. Paychex Inc. | A | Dividend | J | T | | | | | |
| 131. Pepsico Inc. | A | Dividend | J | T | | | | | |
| 132. Pfizer Inc. | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 133. Pimco Low Duration Fund | A | Dividend | | | Sold | 07/23/12 | K | A | |
| 134. Procter & Gamble | A | Dividend | J | T | Sold (part) | 01/31/12 | J | | |
| 135. T. Rowe Price Int'l Funds | | None | | | Sold | 07/24/12 | J | A | |
| 136. SPDR Dow Jones REIT ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  SPDR Ser. Tr. S&P Div. ETF | A | Dividend | J | T | Buy | 07/30/12 | J | | |
| 138.  Schwab Chas. Corp. | A | Dividend | | | Sold | 02/03/12 | J | | |
| 139.  Target Corp. | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 140.  Union Pacific Corp. | A | Dividend | J | T | Buy | 01/31/12 | J | | |
| 141.  United Technologies Corp. | A | Dividend | J | T | | | | | |
| 142.  Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 143.  Wal-Mart Stores, Inc. | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 144.  Walgreen Co. | A | Dividend | | | Sold | 07/23/12 | J | B | |
| 145.  Walt Disney Co. | A | Dividend | J | T | Buy | 07/26/12 | J | | |
| 146.  Wells Fargo Co. | A | Dividend | J | T | Buy | 07/23/12 | J | | |
| 147.  Westport Select Cap Fund | | None | J | T | | | | | |
| 148.  Rogers Int. Raw Mat. Fund | | None | K | T | | | | | |
| 149.  Huntington Ltd. Ptn. | D | Dividend | K | W | | | | | |
| 150.  Marquette II Ltd. Ptn. | C | Dividend | K | W | | | | | |
| 151.  Celegen Corp. | | None | | | Buy | 01/31/12 | J | | |
| 152.  Celegen Corp. | | None | | | Sold | 07/23/12 | J | | |
| 153.  Staples Inc. | A | Dividend | | | Buy | 07/03/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Staples Inc. | A | Dividend | | | Sold | 07/23/12 | J | | |
| 155. UPS | A | Dividend | | | Buy | 01/31/12 | J | | |
| 156. UPS | A | Dividend | | | Sold | 07/30/12 | J | | |
| 157. Phillips 66 | A | Dividend | | | Buy | 01/31/12 | J | | |
| 158. Phillips 66 | A | Dividend | | | Sold | 07/20/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Denlow, Morton | 11/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Morton Denlow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544